UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| JOE GUTIERREZ PICENO,    | Case No. 3:22-cv-00001-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN TIM GARRETT, | |
| Respondent. | |

Petitioner has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of $5.00.

It is therefore ordered that Petitioner must file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The Clerk of Court is directed to send Petitioner a blank application form for incarcerated litigants. In the alternative, Petitioner must make the necessary arrangements to pay the filing fee of $5.00, accompanied by a copy of this order. Petitioner will have 45 days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

DATED THIS 8th Day of February 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE